FILED
MAILROOM

AUG 19 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHEN BAO SHUI, an individual, and )
<CITYBANK.ORG>, )
)
    Defendants. ) Case No. **1:2008cv00727**
)
v. )
)
CITIGROUP INC., a New York )
corporation, )
)
    Plaintiff )
)

Excuse my unprofessional attempt of defense, it would not make
sense to hire a lawyer in the USA for a domain with market value
of few hundreds US dollars.

1
Defendant bought this domain in a portfolio deal, based
on traffic and revenue, defendant never before heard
of any "CITI bank" as in China they are not much popular -
they focus on rich clients, and use name "Hua Qi" (Flower Flag).

2
Plaintiff is intentionally omitting fact that he tried to get
citybank.org via UDRP and has been DENIED
http://domains.adrforum.com/domains/decisions/1142607.htm

3
a.
Plaintiff is using for his main busines CITI.com
so according to plaintiff people make three errors while typing:
CITY instead of CITI, add a word BANK and instead of .com they type .org ?

b.
There exist many banks which use legitimately CITYBANK in their domainname,
for example
thecitybank.com
citybankwa.com
citybankonline.com
city-bank.com
mycitybank.com
capcitybank.com
Etc.

c.
In english language CITY BANK is the correct spelling, CITI BANK is
some alternative spelling, yet owner of brand in alternative spelling
is trying to take away a domain name with correct spelling ?

d.
CITI does not even own citybank.com !

Therefore according 1125(d)(2)(A) this should be dismissed as plaintiff has not established rights to citybank.org

6
Public Interest Registry (the registry of .org extension) is incorporated in Pennsylvania, they have only offices in Virginia, plaintiff must have known that:
http://www.isoc.org/isoc/general/trustees/2003reports/pir-art.shtml

7
Citybank.org has been registered in 1997 (as per whois search), now bringing action after 11 years should constitute "laches"

8
As per plaintiffs "exhibits" - it is autooptimzed parked page, where domain owners can park pages which they do not have current use for (park for later development). And these lawyers know, that if they searched several times for "Citi credit card" the page will autooptimize. So this is in fact no proof that people are looking for CITI.com as it can be easily manipulated.

I actually have proof it was manipulated: on their printscreens this search term is on 2nd position and now its on 5th position, because they would have to keep manipulate it every week, if nobody clicks, the search term automatically goes onto lower position.

9
citybank.org is not anymore owned by Mr. Shui, now is owned by Mr. Bhairab Bishwakarma as per whois: http://www.pir.org/index.php?mode=whois